UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RRAPANZA DANNER et al.,

    Plaintiffs,

vs.                                                Case No. 8:13-cv-01904-JDW-TGW

CHILDREN'S HOME SOCIETY,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 5) recommending that Plaintiffs' Original Complaint (Dkt. 1) be dismissed without prejudice. No objections have been filed and the time for filing objections has expired.

A district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982), *cert. denied*, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1). The district judge reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Castro Bobadilla v. Reno*, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994).

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Report and Recommendation (Dkt. 5) is **ADOPTED** and **APPROVED** in all respects and is made a part of this order for all purposes, including appellate review. Accordingly, it is **ORDERED AND ADJUDGED**:

1) Plaintiffs' Original Complaint (Dkt. 1) is **DISMISSED** *without prejudice*.

2) Plaintiffs may file an amended complaint that complies with the Federal Rules of Civil Procedure and states a cognizable basis for standing by September 16, 2013.

3) Failure to file an amended complaint by September 16, 2013 will result in dismissal without further notice.

4) Plaintiffs' Motion for Time Extension (Dkt. 3) is **DENIED** as moot.

**DONE AND ORDERED** in Tampa, Florida, on this 14th day of August, 2013.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Unrepresented Parties